# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **BERNARD JEFFRIES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:09-cv-01680 CAS |
| **FIRST STATE BANK & TRUST COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On October 9, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, U.S. Magistrate Judge.

Dated this 13th day of October, 2009.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**1:09-cv-00146-LMB.**